**Roy E. GOLDAMMER, Respondent,**

v.

**Ruth CAMPBELL, Appellant.**

**No. WD 46459.**

Missouri Court of Appeals,
Western District.

April 20, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Ronald J. Prenger, Jefferson City, for appellant.

Gerald Edward Roark, Jefferson City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from trial court's award of damages. Affirmed. Rule 84.16(b).